IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.M., *a Minor, by and through her mother and natural guardian, J.T.*,<br>    Plaintiff,<br>v.<br>MCDONALD'S CORP. & MCDONALD'S USA, LLC<br>    Defendants,<br><br>and<br><br>COYLE MANAGEMENT, INC. d/b/a MCDONALD'S, AND COYLE PROPERTIES LTD II, LLC, D/B/A MCDONALD'S,<br>    Defendants/Third-Party Plaintiffs,<br>v.<br>TAYLOR ENGLISH,<br>    Third-Party Defendant | Case No. 3:23-cv-313<br>Judge Kim R. Gibson |

## STIPULATION OF DISMISSAL

Plaintiffs T.M., a minor by and through her mother and natural guardian J.T. ("Plaintiff T.M.") by and through her counsel KOLLER LAW, LLC, and Defendants McDonald's Corp & McDonald's USA, LLC ("Defendants McDonald's"), by and through their counsel JONES DAY, and Defendants/Third-Party Plaintiff's Coyle Management Inc, d/b/a McDonald's and Coyle Properties Ltd. II, LLC d/b/a McDonald's ("Defendants Coyle") by and through their counsel DICKIE, McCAMEY & CHILCOTE (collectively the "Parties") hereby stipulate to the dismissal of all of Plaintiff T.M.'s claims in this matter without prejudice to the right to pursue recovery through the settlement agreement and assignment entered into between the parties in the action pending in this Court at Case Number 3:24-cv-00098. Each party is to bear and pay her/its own costs and fees.

**RESPECTFULLY SUBMITTED this 28th Day of October, 2025.**

| PLAINTIFF | DEFENDANTS McDONALD'S |
|---|---|
| /s/ David M. Koller | /s/ Katerine J. McLay |
| David M. Koller, Esq. | Katherine J. McLay, Esq. |
| Jordan D. Santo, Esq. | **JONES DAY** |
| **KOLLER LAW LLC** | 500 Grant Street, Suite 4500 |
| 2043 Locust Street, Suite 1B | Pittsburgh, PA 15219 |
| Philadelphia, PA 19103 | T: (412) 394-9581 |
| T: (215) 545-8917 | kmclay@jonesday.com |
| F: (215) 575-0826 | *Attorneys for Defendants McDonalds* |
| davidk@kollerlawfirm.com | |
| jordans@kollerlawfirm.com | |
| *Attorneys for Plaintiffs* | |

**DEFENDANTS COYLE**

/s/ Paul G. Lees
Paul G. Lees, Esq.
**DICKIE, McCAMEY & CHILCOTE**
190 Broadhead Road, Suite 310
Bethlehem, PA 18017
T: (484) 510-7697
plees@dmclaw.com
*Attorneys for Defendants Coyle*

AND NOW, this 29th day of October, 2025,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE